Jennifer L. Del Medico (JD-9913)
jdelmedico@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

*Attorney for Defendants*
*National Public Radio, Inc. (incorrectly named as "npr (National Public Radio)"), Cable News Network, Inc. (incorrectly named as "CNN (Cable News Network)"), and Public Broadcasting Service (incorrectly named as "PBS (Public Broadcasting System) News Hour")*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Jack A. Shulman,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK.com (INC.),<br>npr (National Public Radio),<br>CNN (Cable News Network),<br>PBS (Public Broadcasting System) News Hour,<br><br>    Defendants. | 2:17-cv-00764 (JMV) (LDW)<br><br>**DEFENDANTS NATIONAL PUBLIC RADIO, INC., CABLE NEWS NETWORK, INC., AND PUBLIC BROADCASTING SYSTEM'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>**RETURN DATE: MAY 1, 2017** |

To:  Paven Malhotra
Grace Yang
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111

*Attorneys for Defendant Facebook, Inc.*

Steven P. Benenson
Rahil Darbar
PORZIO, BROMBERG & NEWMAN P.C.
100 Southgate Pkwy.,
P.O. Box 1997
Morristown, NJ 07962-1997

*Attorneys for Defendant Facebook, Inc.*

Dr. Jack A. Shulman
655 Hillcrest Ave.
Westfield, NJ 07090

*Plaintiff (pro se)*

**COUNSEL:**

**PLEASE TAKE NOTICE** that on May 1, 2017 or on a date and time to be set by the Court, Jones Day, attorneys for Defendants National Public Radio, Inc., Cable News Network, Inc., and Public Broadcasting Service (collectively the "Media Entities"), shall move for an order dismissing Plaintiff's amended complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of that motion, the Media Entities shall rely on their Memorandum of Law in Support of Motion to Dismiss, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the motion is being made returnable on May 1, 2017.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also being submitted herewith.

Dated:  March 28, 2017  JONES DAY

By: s/ Jennifer L. Del Medico
   Jennifer L. Del Medico
   250 Vesey Street
   New York, NY 10281
   Telephone: (212) 326-3939
   Facsimile: (212) 755-7306
   jdelmedico@jonesday.com

*Attorney for Defendants National Public Radio, Inc. (incorrectly named as "npr (National Public Radio)"), Cable News Network, Inc. (incorrectly named as "CNN (Cable News Network)"), and Public Broadcasting Service (incorrectly named as "PBS (Public Broadcasting System) News Hour")*