Jennifer L. Del Medico (JD-9913)
jdelmedico@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

*Attorney for Proposed
Intervenor/Defendant NewsHour
Productions LLC*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jack A. Shulman, ) ) Plaintiff, ) ) v. ) ) FACEBOOK.com (INC.), ) npr (National Public Radio), ) CNN (Cable News Network), ) PBS (Public Broadcasting System) ) News Hour, ) ) Defendants. ) ) | 2:17-cv-00764 (JMV) (LDW) **PROPOSED INTERVENOR/ DEFENDANT NEWSHOUR PRODUCTIONS LLC'S NOTICE OF MOTION TO INTERVENE AND JOIN MOTION TO DISMISS** **RETURN DATE: MAY 1, 2017** |

| To: | Paven Malhotra<br>Grace Yang<br>KEKER, VAN NEST &<br>PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111 | Dr. Jack A. Shulman<br>655 Hillcrest Ave.<br>Westfield, NJ 07090<br><br>*Plaintiff (pro se)* |
|---|---|---|

*Attorneys for Defendant Facebook, Inc.*

Steven P. Benenson
Rahil Darbar
PORZIO, BROMBERG & NEWMAN P.C.
100 Southgate Pkwy.,
P.O. Box 1997
Morristown, NJ 07962-1997

*Attorneys for Defendant Facebook, Inc.*

**COUNSEL:**

    **PLEASE TAKE NOTICE** that on May 1, 2017 or on a date and time to be set by the Court, Jones Day, attorneys for Proposed Intervenor/Defendant NewsHour Productions LLC ("NHP"), shall move for an order permitting NHP to join this action as a defendant and to join the Motion to Dismiss filed by Defendants National Public Radio, Inc., Cable News Network, Inc., and Public Broadcasting Service.

**PLEASE TAKE FURTHER NOTICE** that in support of that motion, NHP shall rely on its Memorandum of Law in Support of Motion to Intervene and Join Motion to Dismiss, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the motion is being made returnable on May 1, 2017.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also being submitted herewith.


Dated:  March 28, 2017        JONES DAY

                                             By: s/ Jennifer L. Del Medico
                                                Jennifer L. Del Medico
                                                250 Vesey Street
                                                New York, NY 10281
                                                Telephone:  (212) 326-3939
                                                Facsimile:  (212) 755-7306
                                                jdelmedico@jonesday.com

*Attorney for Proposed Intervenor/ Defendant NewsHour Productions LLC*